IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHANIE RICE, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CV 15-53-BU-BMM-JCL <br><br> ORDER |

UPON the filing of Plaintiff's Unopposed Motion for Leave to Present Trial Testimony Via Video Conferencing, and for good cause shown, it is hereby ORDERED that Plaintiff Stephanie Rice is granted leave to present the testimony of witness Dr. Ronald Hecht, by video conferencing on November 28, 2016, during the trial in this matter. Counsel for Allstate shall contact Court personnel for arrangements and technical assistance.

DATED this 7th day of November, 2016.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge