IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHANIE RICE,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | CV 15-53-BU-BMM-JCL<br><br>ORDER |

UPON the filing of Defendant Allstate's Unopposed Motion for Leave to Present Trial Testimony Via Video Conferencing, and for good cause shown, it is hereby ORDERED that Defendant Allstate Fire And Casualty Insurance Company is granted leave to present the testimony of fact witness Clairrisa Swenson of Chandler, Arizona, by video conferencing on November 30, 2016, during the trial in this matter. Counsel for Allstate shall contact Court personnel for arrangements and technical assistance.

DATED this 7th day of November, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge