IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHANIE RICE, | CV-15-53-BU-BMM-JCL |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

UPON the filing of the parties' joint Motion to Dismiss With Prejudice indicating that the parties have settled this case and request dismissal accordingly, it is hereby ordered that this case is hereby dismissed with prejudice, each party to bear her and its own costs and fees.

DATED the 9th day of January, 2017.

_____
Brian Morris
United States District Court Judge